IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GREGORY SAXON,                        )
                                      )
    Plaintiff,                        )
                                      )
v.                                    )   CASE NO. CV414-089
                                      )
TALMADGE ROYAL, d/b/a Sno Frost,      )
                                      )
    Defendant.                        )
                                      )

O R D E R

Before the Court is the parties' Joint Motion for Approval of Settlement and Dismissal of Action. (Doc. 30.) Pursuant to Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1350 (11th Cir. 1982), and 29 U.S.C. § 216(b), the Court must scrutinize the proposed settlement for fairness before entering a stipulated judgment. After careful consideration, the Court finds that the settlement is a fair and reasonable resolution of the parties' bona fide dispute. Accordingly, the motion is **GRANTED** and the settlement terms[1] contained in the motion are **APPROVED**. As a result, this case is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 30th day of January 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] While not explicit, the Court understands the settlement agreement to resolve only those claims raised by Plaintiff in his complaint.